IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § § § | Chapter 11 |
| SBW Properties, LLC | | Case No. 22-31838-sgj11 |
| *Debtor*. | | |

HUNTER-KELSEY I, LLC'S OBJECTION TO
DEBTOR'S CHAPTER 11 PLAN AND WITNESS AND EXHIBIT LIST

Hunter-Kelsey I, LLC ("HK"), hereby files this Objection ("Objection") to the Chapter 11 Plan ("Plan") [Dkt. No. 12] filed by the above-captioned debtor ("Debtor") in the above-referenced case, and states:

1. HK is the holder of one claim against the Debtor which is secured by tax liens collateralizing the Debtor's real estate.

2. The Plan should not be confirmed because:

    a. The Debtor's Plan proposes to pay HK's claim over 180 months; and

    b. The Debtor's Plan proposes to reduce HK's claim by amount owed to "senior" taxing authorities.

3. Therefore, confirmation of the Plan should be denied.

4. HK identifies the following witnesses:

    a. Any witness designated by any other party.

    b. Any witness necessary for rebuttal.

5. HK identifies the following exhibits:

a. HK's Proof of Claim, including the attached Property Tax Lien Agreement.

b. Any Plan filed by the Debtor.

c. Any schedules or statements of financial affairs filed by the Debtor.

d. Any exhibit designated by any other party.

e. Any exhibit necessary for rebuttal.

WHEREFORE, PREMISES CONSIDERED, HK respectfully prays that the Court deny confirmation of the Plan and grant all other just relief.

Dated: January 10, 2023

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By: /s/ Tara LeDay
Tara LeDay
Texas Bar No. 24106701
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.654.9648
F: 713.658.2553
E: Tara.LeDay@chamberlainlaw.com

***Counsel for Hunter Kelsey I, LLC***

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on January 10, 2023, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system, and as follows:

SBW Properties, LLC
11209 Rylie Crest
Apt 315
Balch Springs, TX 75180

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

                                                    */s/ Tara LeDay*
                                                    Tara LeDay