ntcustrm (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
SBW Properties, LLC § Case No.: 22−31838−sgj11
§ Chapter No.: 11
Debtor(s) §

# NOTICE OF U.S. TRUSTEE MOTION

***PLEASE TAKE NOTICE*** that unless a written response is filed with the clerk (including a certificate of service evidencing service upon the United States Trustee at 1100 Commerce Street, Room 976, Dallas, Texas 75242) within twenty−one (21) days following the issuance of this notice, an order granting the relief requested may be entered without further notice or hearing.

If a written response is filed a hearing will be held

at

to consider and act upon the following:

> Motion to dismiss case Hearing scheduled 9/6/2023 at 01:30 PM at Dallas Judge Jernigan Ctrm. Objections due by 8/31/2023. (Kippes, Meredyth)

A copy of the motion is on file and available for inspection in the Office of the Clerk,
United States Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242


DATED: 8/11/23              FOR THE COURT:
                            Robert P. Colwell, Clerk of Court